UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JANET M. MIER,

            Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

            Defendant.

Court File No. 05-C-126

---

## ORDER
---

Based on a Stipulation of the parties, the Court will stay its decision on Defendant Unum Life Insurance Company's Motion for Summary Judgment for 60 days to allow the parties to mediate the matter. The parties shall advise the court if they wish the assigned magistrate judge to conduct the mediation so that an appropriate referral order can be entered.

**SO ORDERED**.

Dated this 10th day of March, 2006.

                                        BY THE COURT:

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge